

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2022

No. 04-21-00562-CR

Yuri **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1596
Honorable Ron Rangel, Judge Presiding

# O R D E R

The reporter's record was due on February 8, 2022. However, the court reporter has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **March 11, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court